UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMANDA DAVIS

    VS                                                                   CASE NO. 4:19cv172-RH/CAS

HOTWORX COLLEGE AVE LLC
d/b/a HOTWORK TALLAHASSEE

**JUDGMENT**

The plaintiff Amanda Davis and the defendant Hotworx College Ave LLC are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims between these parties are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                      JESSICA J. LYUBLANOVITS
                                                      CLERK OF COURT

<u>June 26, 2019</u>                     <u>s/Ronnell Barker</u>
DATE                                Deputy Clerk: Ronnell Barker