# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

CASE NO 4:19-CV-00172-RH-CAS

AMANDA DAVIS,
individually and on behalf of all others similarly situated,

**CLASS ACTION**

**JURY TRIAL DEMANDED**

*Plaintiff*,

v.

HOTWORX COLLEGE AVE, LLC D/B/A HOTWORX TALLAHASSEE.,

*Defendant*,

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Amanda Davis, and Defendant, Hotworx College Ave, LLC d/b/a Hotworx Tallahassee, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows:

1. This action and all claims contained therein is dismissed with prejudice.

2. Each party shall bear its own attorney's fees and costs, except as set forth in the Parties' settlement agreement.

Date:   July 1, 2019

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis
Florida Bar No. 101754
*efilings@shamisgentile.com*
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
(t) (305) 479-2299
(f) (786) 623-0915

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
Jordan D. Utanski, Esq.
Florida Bar No. 119432
utanski@edelsberglaw.com
19495 Biscayne Blvd #607
Aventura, FL 33180
Telephone: 305-975-3320

*Counsel for Plaintiff*

*/s/ Robert C. Van Arnam*
Robert C. Van Arnam (pro hac vice pending)
NC State Bar No. 28838
rvanarnam@williamsmullen.com
Dirk D. Lasater (pro hac vice pending)
VA State Bar No. 92800
dlasater@williamsmullen.com
**WILLIAMS MULLEN**
301 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Telephone: (919) 981-4000
Facsimile: (919) 981-4300

Trevor A. Thompson
Florida Bar No. 0068006
tthompson@clarkpartington.com
Keith L. Bell, Jr.
Florida Bar No. 573809
kbell@clarkpartington.com
**CLARK PARTINGTON**
106 East College Avenue, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 320-6827
Facsimile: (850) 597-7591

*Counsel for Defendant.*

#### CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

                                        *s/ Andrew J. Shamis*
                                        Andrew J. Shamis
                                        Florida Bar No. 101754
                                        *efilings@shamisgentile.com*
                                        14 NE 1st Avenue, Suite 1205
                                        Miami, Florida 33132
                                        (t) (305) 479-2299
                                        (f) (786) 623-0915